**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | |
|---|---|
| JEFF TOLLAKSEN and JEFFREY PARKER, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CAPITAL ONE FINANCIAL CORPORATION; CAPITAL ONE, N.A.; WIKIBUY, LLC; and WIKIBUY HOLDINGS, LLC,<br><br>Defendants. | Civil Action No. 1:25-cv-01426-MSN-IDD |

**MOTION TO STRIKE THE REPORTS AND**
**<u>EXCLUDE THE TESTIMONY OF JONATHAN JAFFE</u>**

Defendants Capital One Financial Corporation, Capital One, N.A., Wikibuy, LLC, and Wikibuy Holdings, LLC respectfully move to strike the expert reports and exclude the testimony of Jonathan Jaffe in accordance with the Federal Rules of Evidence and *Daubert v. Merrell Dow Pharmaceuticals, Inc.*, 509 U.S. 579 (1993) and its progeny. The grounds for this motion are set forth in the accompanying memorandum of law and supporting exhibits.

DATED: October 26, 2026

Respectfully submitted,

/s/ *Paul Weeks*
Paul Weeks (VSB No. 89656)
**KING & SPALDING LLP**
1700 Pennsylvania Ave., NW
Suite 900
Washington, DC 20006
Tel.: (202) 737-0500
Fax: (202) 626-3737

pweeks@kslaw.com

/s/ *David L. Balser*
David L. Balser (*pro hac vice*)
**KING & SPALDING LLP**
1180 Peachtree Street, N.E.
Atlanta, GA 30309
Tel.: (404) 572-4600
Fax: (404) 572-5100
dbalser@kslaw.com

David Lesser (*pro hac vice*)
Jamie Dycus (*pro hac vice*)
Jackie L. Fugitt (*pro hac vice*)
**KING & SPALDING LLP**
1290 Avenue of the Americas
New York, NY 10104
Tel.: (212) 556-2100
dlesser@kslaw.com
jdycus@kslaw.com
jfugitt@kslaw.com

I. Cason Hewgley IV (*pro hac vice*)
**KING & SPALDING LLP**
1100 Louisiana Street
Suite 4100
Houston, TX 77002
Tel.: (713) 751-3200
chewgley@kslaw.com

*Counsel for Defendants Wikibuy Holdings, LLC, Wikibuy, LLC, Capital One Financial Corporation, and Capital One, N.A.*

**CERTIFICATE OF SERVICE**

I hereby certify that on October 26, 2026, I caused the foregoing document to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notice of electronic filing to all counsel of record.

*/s/ Paul Weeks*
Paul Weeks